AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the District of New Hampshire

RealTrust IRA Alternatives, LLC, f/k/a Entrust Northwest, LLC
_____
*Plaintiff*
v.    Case No. 10-382-LM

The Entrust Group, International Bank & Trust, and Mechanics Bank
_____

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Entrust Group

_____

Date: December 3, 2010

/s/ Andrew W. Serell
_____
*Attorney's signature*

Andrew W. Serell (2298)
_____
*Printed name and bar number*

Rath, Young and Pignatelli, P.C.
One Capital Plaza
Concord, NH  03301
_____
*Address*

aws@rathlaw.com
_____
*E-mail address*

(603) 226-2600
_____
*Telephone number*

(603 226-2700
_____
*FAX number*