UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

RealTrust IRA Alternatives, LLC
f/k/a Entrust Northwest, LLC

    v.                                          Civil No. 10-cv-382-LM

The Entrust Group, International
Bank & Trust, and Mechanics Bank


**O R D E R**

Before the court is an emergency petition for an injunction filed by RealTrust IRA Alternatives, LLC ("RealTrust"). Because the two parties from which RealTrust seeks equitable relief, i.e., The Entrust Group and Mechanics Bank, have been dismissed from this case, RealTrust's emergency petition (doc. no. 28) is denied as moot.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  March 22, 2011

cc:  John W. Dennehy, Esq.
     Steven J. Dutton, Esq.
     Scott H. Harris, Esq.
     Susan K. Jamison, Esq.
     John Kern, Esq.
     Amanda M. Knudsen, Esq.
     Coleen M. Penacho, Esq.
     Gregory M. Sargent, Esq.
     Andrew W. Serell, Esq.
     Howard A. Slavitt, Esq.